**From:** Jackie Gibson
**To:** Tricia Tamkin
**Subject:** RE: question for you
**Date:** Thursday, February 2, 2023 8:47:59 AM

Did Patrick Barbour get in touch with you yet about the esourcing class? He has a team of 9 people so I suggested he take the course himself first and then decide if he wants to send his team through.

Do I get a referral bonus?

Jackie Gibson
Direct: 319-206-9757

**From:** Tricia Tamkin <tricia@mooreessentials.com>
**Sent:** Thursday, February 2, 2023 7:54 AM
**To:** Jackie Gibson <jackie@harrislw.com>
**Subject:** Re: question for you

Yes!!

Sent via the Samsung Galaxy S22+ 5G, an AT&T 5G smartphone
Get Outlook for Android

**From:** Jackie Gibson <jackie@harrislw.com>
**Sent:** Thursday, February 2, 2023 7:51:32 AM
**To:** Tricia Tamkin <tricia@mooreessentials.com>
**Subject:** question for you

Hi Tricia:

I'm going to send 2-4 employees through your eSourcing eSSentials course – the on demand course.

Can all of them also attend the live sessions starting on February 22?

Jackie Gibson
Direct: 319-206-9757

**From:** Tricia Tamkin <tricia@mooreessentials.com>
**Sent:** Wednesday, February 1, 2023 8:04 PM
**To:** Jackie Gibson <jackie@harrislw.com>
**Subject:** 9 Days to RAK Friday

## RAK FRIDAY

**Pre-planned** Random Acts of Kindness is not an oxymoron. Our acts of kindness are based on your needs. And until you show up and ask questions on February 10, 2022 (from 11am to 3pm Central) we don't know what you need.

That's right, four hours. Two coaches who can answer questions around sourcing strategies, recruiting, business development, staff management, the interior of your deals... and even Artificial Intelligence. We've become heavy users, and no, this email wasn't written by one.

How much does Kindness cost? Nothing. You're thinking of Random Acts of Profit. This session, like all previous sessions, costs nothing. But there is a change...

In this year's RAK Friday, we're doing something we *never* do. During the session, randomly once an hour, we'll share with you a coupon code for new programs you've never seen. You must be in attendance to access the code. *To be in the know, you have to show.*

You can bring a Plus 1. You can tell ten friends. You (and they) must register to attend this event. It's okay if you can't attend for four hours, many people pop in and out throughout.

Click the button below to sign up. (When you go to the page, scroll down a bit to the blue bar part way down the page, and click the red button which says Register Here.)

*We recommend signing in early next Friday. It's less stressful.*

**Register for RAK Friday!**

Moore eSSentials | 995 Countryside Lane, Carol Stream, IL, 60188| 630.830.3000

Unsubscribe