

**Patrick Barbour**

@PatrickBarbour • 56 subscribers • 31 videos

Patrick Barbour is the founder of Millionaire Recruiter Club and CEO of Sea... >

Subscribe

HOME | **VIDEOS** | PLAYLISTS | COMMUNITY | CHANNELS | ABOUT

Latest | **Popular**



Which Industries are Hiring Now
150 views • 2 months ago



🤑💰🎉 Patrick Student Adam Testimonial: 6 Placements in 4 Months = $85k as a Side...
113 views • 1 month ago



Testimonial: Millionaire Recruiter Mastermind Student Kelly Bills $85k After ...
103 views • 3 weeks ago



Millionaire Recruiter Mastermind Client Wins and Success Stories
98 views • 1 month ago



Creating Consistent Cash Flow is King
97 views • 1 month ago



Alpha Candidate Sourcing Strategy Secrets
92 views • 2 months ago



The 3 Things You Need Now to Grow Your Own Consistently Profitable Recruiting...
90 views • 1 month ago



Your Success Hinges on Your Ability to Adapt to a Shifting Recruiting Industry...
72 views • 1 month ago



How to Become a Resilient Top Biller Recruiter
72 views • 1 month ago



Beware 'Obsolete Recruiter' Advice!
65 views • 1 month ago



Why Direct Hire is Path of Least Resistance to Cash Flow
53 views • 1 month ago



Interfuse Staffing Founder Vincent Pennix Testimonial for Patrick Barbour Coaching
49 views • 2 months ago