CAUSE NO. 1:23-cv-03924

| | | |
|---|---|---|
| Moore Essentials Corporation | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COUNTY, ILLINOIS |
| | § | |
| Millionaire Recruiter Club | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT-NORTHERN DISTRICT OF ILLINOIS |

## AFFIDAVIT OF SERVICE

On this day personally appeared Jason O'Connell who, being by me duly sworn, deposed and said:

"The following came to hand on Thursday, June 29, 2023 at 9:02 AM,

SUMMONS IN A CIVIL CASE AND PLAINTIFF'S VERIFIED COMPLAINT

and was executed at **United States Corporation Agents, Inc, 9900 Spectrum Dr, Austin, TX 78717** within the county of **Travis** at **4:35 PM** on **Thursday, June 29, 2023**, by delivering a true copy to the within named

REGISTERED AGENT: UNITED STATES CORPORATION AGENTS, INC.

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Jason O'Connell
Certification Number: PSC-14056
Certification Expiration: April 30, 2024

BEFORE ME, a Notary Public, on this day personally appeared Jason O'Connell, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 10/29/2023

Notary Public, State of Texas

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 29, 2023 |
| NAME OF SERVER (PRINT) Jason O'Connell | TITLE TX Process Server #PSC-14056, Exp. 4/30/24 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Registered Agent: United States Corporation Agents, Inc., 9900 Spectrum Dr, Austin, Texas 78717, Travis County

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 29, 2023
*Date*

*Signature of Server*

2655 Ranch Road 1869 #1769 Liberty Hill, TX 78642
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.