# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:23-cv-03924 | IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | | 9113902 (Invoice 3-0624; Paid: 6/29/23) |

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>MOORE ESSENTIALS CORPORATION | **Defendant / Respondent:**<br>PATRICK A. BARBOUR, PATRICK A. BARBOUR d/b/a MILLIONAIRE RECRUITER CLUB, TANNER WHITE, SEARCHNOW, LLC and FLEXFORCE INDUSTRIAL |
| **Received by:**<br>HOUSTON PROCESS SERVERS, LLC | **For:**<br>MYERS LONGHOFER LLC |
| **To be served upon:**<br>PATRICK A. BARBOUR | |

I, Oleg A. Molchanov, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** PATRICK A. BARBOUR, HOME: 3302 MCMAHON WAY, MISSOURI CITY, TX 77459

**Manner of Service:** Personal/Individual, Jun 30, 2023, 7:47 pm CDT

**Documents:** SUMMONS IN A CIVIL CASE; PLAINTIFF'S VERIFIED COMPLAINT (Received Jun 29, 2023 at 11:20am CDT)

**Additional Comments:**
**Successful Attempt: Jun 30, 2023, 7:47 pm CDT** at HOME: **3302 MCMAHON WAY, MISSOURI CITY, TX 77459** received by **PATRICK A. BARBOUR**. Age: ~60; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'8"; Hair: Gray; Other: Gray Beard;

**DROP SERVICE. PATRICK A. BARBOUR** refused to take the papers, so I laid them on the ground in front of the defendant.

**Fees:** $160.00

06/30/2023

Oleg A. Molchanov
PSC-15465; EXP. 08/31/2024

**Date**

*Subscribed and sworn to before me by the affiant who is personally known to me.*

**Notary Public**

06/30/2023

**Date** **Commission Expires**

HOUSTON PROCESS SERVERS, LLC
https://processserversofhouston.com/
2401 Fountain View Dr 461
Houston, TX 77057
(832) 947-3106

NOTARY PUBLIC STATE OF TEXAS
ALEKSANDRA O. MOLCHANOVA
MY COMMISSION EXPIRES
06-19-2024
NOTARY ID: 132530279