Civil Action No.   1:23-CV-03924

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Tanner White**
was recieved by me on  **7/06/2023:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **Terry Cameron, REGISTERED AGENT**, a person of suitable age and discretion who resides at **SearchNow LLC, 1684 Adswood Road, Clarksville, TN 37042**, on **07/07/2023 at 10:45 AM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*


My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.


Date:

*Server's signature*

**Scott Nance**
*Printed name and title*

**2275 Knox Lane
White House, TN 37188**

*Server's address*


Additional information regarding attempted service, etc:

**I delivered the documents to an individual with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**



Tracking #: **0109841016**

