Civil Action No.    1:23-CV-03924

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **SearchNow LLC**
was recieved by me on  **7/06/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Terry Cameron**, who is designated by law to accept service of process on behalf of **SearchNow LLC** at **SearchNow LLC, 1684 Adswood Road, Clarksville, TN 37042** on **07/07/2023 at 10:45 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Scott Nance**
*Printed name and title*

**2275 Knox Lane**
**White House, TN 37188**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Terry Cameron, REGISTERED AGENT with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**



Tracking #: **0109840992**

