Case: 1:23-cv-03924 Document #: 11-3 Filed: 07/25/23 Page 1 of 1 PageID #:70



# Patrick Barbour

@PatrickBarbour · 56 subscribers · 31 videos

Patrick Barbour is the founder of Millionaire Recruiter Club and CEO of Sea... >

Subscribe

HOME  VIDEOS  PLAYLISTS  COMMUNITY  CHANNELS  ABOUT

Latest  **Popular**


Which Industries are Hiring Now
150 views · 2 months ago


💰🤑 Patrick Student Adam Testimonial: 6 Placements in 4 Months = $85k as a Side...
113 views · 1 month ago


Testimonial: Millionaire Recruiter Mastermind Student Kelly Bills $85k After ...
103 views · 3 weeks ago


Millionaire Recruiter Mastermind Client Wins and Success Stories
98 views · 1 month ago


Creating Consistent Cash Flow is King
97 views · 1 month ago


Alpha Candidate Sourcing Strategy Secrets
92 views · 2 months ago


The 3 Things You Need Now to Grow Your Own Consistently Profitable Recruiting...
90 views · 1 month ago


Your Success Hinges on Your Ability to Adapt to a Shifting Recruiting Industry...
72 views · 1 month ago


How to Become a Resilient Top Biller Recruiter
72 views · 1 month ago


Beware 'Obsolete Recruiter' Advice!
65 views · 1 month ago


Why Direct Hire is Path of Least Resistance to Cash Flow
53 views · 1 month ago


Interfuse Staffing Founder Vincent Pennix Testimonial for Patrick Barbour Coaching
49 views · 2 months ago

EXHIBIT C