### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | |
| Moore Essentials Corp. | ) | Case No: 23 C 3924 |
| | ) | |
| v. | ) | Judge: Harry D. Leinenweber |
| | ) | |
| Patrick A. Barbour et al | ) | |
| | ) | |

## **ORDER**

Pro hac vice motion is granted [5]. Telephone Conference set for 9/26/23 at 9:15 a.m. Dial: 888-684-8852 or 215-446-0155, access code: 9582710#. Joint status report shall be filed by 9/18/23. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.


Date: 7/25/23                                    /s/ Judge Harry D. Leinenweber