IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOORE ESSENTIALS CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:23-cv-03924 |
| PATRICK A. BARBOUR, PATRICK A. BARBOUR, d/b/a MILLIONAIRE RECRUITER CLUB, TANNER WHITE, SEARCH NOW, LLC, FLEXFORCE INDUSTRIAL and MILLIONAIRE RECRUITER CLUB, LLC, | ) |
| Defendants. | ) |

## REQUEST FOR CLERK OF COURT
## TO REFUND FILING FEE

Please be advised that counsel for Defendants, Kamber S. Burke of Akerman LLP, is requesting a refund for a duplicate payment of $150.00 filing fee for Motion for Leave to Appear Pro Hac Vice in the above-referenced case. When submitting the filing fee, an error message was received. The receipt number for payment to be refunded is AILNDC-20888023.

The Motion for Leave to Appear Pro Hac Vice was filed correctly on August 2, 2023 [Docket #14] and $150.00 payment was submitted. The receipt number for the correct payment is AILNDC-20888173.

Respectfully submitted this 2nd day of August, 2023.

72038879;1

 /s/ *Kamber S. Burke*
 Kamber S. Burke
 Georgia Bar No. 787321
 *Pro Hac Vice pending*

AKERMAN LLP
999 Peachtree Street, NE
Suite 1700
Atlanta, Georgia 30309
Telephone: 404.733.9800
kamber.burke@akerman.com

72038879;1