### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Moore Essentials Corp. | ) | Case No: 23 C 3924 |
| v. | ) | Judge: Harry D. Leinenweber |
| Patrick A. Barbour et al | ) | |

### ORDER

Pro hac vice motions is granted [14].

Date: 8/2/23                                    /s/ Judge Harry D. Leinenweber