# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOORE ESSENTIALS CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK A. BARBOUR, PATRICK A. BARBOUR, d/b/a MILLIONAIRE RECRUITER CLUB, TANNER WHITE, SEARCH NOW, LLC, FLEXFORCE INDUSTRIAL, AND MILLIONAIRE RECRUITER CLUB, LLC <br><br> Defendants. | Case No. 1:23-cv-03924 |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(2) and 12(b)(6)

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendants Patrick A. Barbour, Patrick A. Barbour d/b/a Millionaire Recruiter Club, Tanner White, SearchNow, LLC, FlexForce Industrial, and Millionaire Recruiter Club, LLC (collectively, "Defendants") hereby move to dismiss Plaintiff's Amended Complaint for lack of personal jurisdiction and to dismiss with prejudice for failure to state a claim Counts I-III, VI, and VII of Plaintiff's Amended Complaint against all Defendants and Counts IV and V against all Defendants except Barbour. Defendants are filing contemporaneously herewith a memorandum of law in support of this motion.

///

///

///

72271728;1

Respectfully submitted, this 15th day of August, 2023.

|  |  |
|---|---|
| Akerman LLP<br>71 South Wacker Drive<br>47th Floor<br>Chicago, IL 60606<br>Telephone: (312) 634-5700 | */s/ Thomas G. Pasternak*<br>Thomas Pasternak<br>Illinois Bar No. 0607124<br>Email: thomas.pasternak@akerman.com |
| Akerman LLP<br>999 Peachtree Street, NE<br>Suite 1700<br>Atlanta, Georgia 30309<br>Telephone: (404) 733-9809 | Kamber S. Burke<br>Georgia Bar No. 787321<br>Admitted *pro hac vice*<br>Email: kamber.burke@akerman.com<br><br>*Counsel for Defendants* |

72271728;1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Defendants' Motion to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6)** with the Clerk of Court using the CM/ECF system which provides a copy to the following attorneys of record:

Timothy J. Klein, IL Bar No. 6180949
LAW OFFICE OF TIMOTHY J. KLEIN
290 Springfield Dr., Suite 155
Bloomingdale, IL 60108
(630) 893-5200 Ext. 103
kleinlaw@aol.com

James D. Myers (Admitted *pro hac vice*)
MYERS LONGHOFER, LLC
7200 W. 132nd Street, Suite 190
Overland Park, KS 66213
(913) 586-6300
(913) 586-6304 – Fax
jim@myerslonghofer.com

This 15th day of August, 2023.

|  |  |
|---|---|
|  | */s/ Thomas G. Pasternak* |
| Akerman LLP | Thomas G. Pasternak |
| 71 South Wacker Drive | Illinois Bar No. 0607124 |
| 47th Floor | Email: thomas.pasternak@akerman.com |
| Chicago, IL 60606 |  |
| Telephone: (312) 634-5700 |  |
|  |  |
| Akerman LLP | Kamber S. Burke |
| 999 Peachtree Street, NE | Georgia Bar No. 787321 |
| Suite 1700 | Admitted *pro hac vice* |
| Atlanta, Georgia 30309 | Email: kamber.burke@akerman.com |
| Telephone: (404) 733-9809 |  |
| Facsimile: (404) 733-9909 | *Counsel for Defendants* |

72271728;1