# EXHIBIT A

DocuSign Envelope ID: A97C5602-9866-48C0-B355-D5B79FC025B2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOORE ESSENTIALS CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK A. BARBOUR, PATRICK A. BARBOUR, d/b/a MILLIONAIRE RECRUITER CLUB, TANNER WHITE, SEARCH NOW, LLC, FLEXFORCE INDUSTRIAL, AND MILLIONAIRE RECRUITER CLUB, LLC <br><br> Defendants. | Case No. 1:23-cv-03924 |

## DECLARATION OF PATRICK A. BARBOUR

Pursuant to 28 U.S.C. § 1746, and under the penalty of perjury, I, Patrick A. Barbour, declare:

1. I am an individual over the age of 18 and a resident of Fort Bend County, Texas. I am the founder of Patrick A. Barbour d/b/a Millionaire Recruiter Club and Millionaire Recruiter Club, LLC and the President of SearchNow, LLC and FlexForce Industrial.

2. I have personal knowledge of the facts set forth herein.

3. I am making this Declaration in support of Defendants' Motion to Dismiss and do not consent on behalf of any of the Defendants to the jurisdiction of this Court by executing the same.

4. SearchNow, LLC ("SearchNow") is a Tennessee limited-liability company with its principle place of business at 1684 Adswood Road, Clarksville, Tennessee 37042. SearchNow currently does business as FlexForce Industrial.

1

DocuSign Envelope ID: A97C5602-9866-48C0-B355-D5B79FC025B2

5. FlexForce Industrial ("FlexForce") is a Texas company with its principle place of business at 9900 Spectrum Drive, Austin, Texas 78717.

6. Millionaire Recruiter Club, LLC ("MRC, LLC") is a Texas limited-liability company with its principle place of business at 1719 Delta Oaks Drive, Missouri City, Texas 77459.

7. Patrick A. Barbour d/b/a Millionaire Recruiter Club formerly had its headquarters in Fort Bend, County, Texas. On May 30, 2023, Patrick A. Barbour d/b/a Millionaire Recruiter Club was converted into MRC, LLC.

8. SearchNow and FlexForce are recruiting and staffing firms. Neither SearchNow nor FlexForce provide any recruiting-related training to the public. Only MRC, LLC offers recruiting-related training to the public.

9. MRC, LLC has never conducted an in-person training in Illinois.

10. No one has traveled to Illinois on behalf of SearchNow, FlexForce, or MRC, LLC.

11. None of the Defendants have traveled to Illinois for any reason related to Moore eSSentials Corporation.

12. SearchNow, FlexForce, and MRC, LLC do not have any employees in Illinois.

13. SearchNow, FlexForce, and MRC, LLC do not have a physical location in Illinois and do not maintain a mailing address, telephone number, or fax number in Illinois.

14. SearchNow, FlexForce, and MRC, LLC do not market specifically to Illinois.

15. I was located in Brazil when I registered for the eSourcing eSSentials course offered by Moore eSSentials Corporation.

16. Tanner White was located in Austin, Texas when he attended the eSourcing eSSentials course.

DocuSign Envelope ID: A97C5602-9866-48C0-B355-D5B79FC025B2

17. None of the Defendants have ever communicated with Moore eSSentials Corporation directly.

18. SearchNow, FlexForce, and MRC, LLC are not registered to do business in Illinois and do not maintain a registered agent for service of process in Illinois.

19. The Defendants have not taught or engaged with Illinois residents.

Executed this 15th day of August, 2023.

DocuSigned by:

*Patrick Barbour*

F2266D37B1B5493...

Patrick A. Barbour